IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

      Plaintiff,                    No. CIV S-06-1687 LKK EFB PS

      vs.

SUSAN MIRANDA,

      Defendant.            <u>ORDER</u>

                         /

      Judgment was entered herein on November 8, 2006, pursuant to the court's order filed October 10, 2006, dismissing this case. Accordingly, the case was closed. However, on August 22, 2008, plaintiff purported to file an "Amended Complaint" and "Motion to Proceed in Forma Pauperis." These filings are not authorized by the Federal Rules of Civil or Appellate Procedure, and will therefore be disregarded. Plaintiff is admonished to file no more documents in this action and informed that, should she do so, the court will disregard them and issue no response.

DATED: October 14, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE